# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ISSAIAH HAYES**<br>**REG. #11330-027** | * | **CIVIL ACTION NO. 2:18-1558** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN MYERS** | * | **MAG. JUDGE KATHLEEN KAY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, having conducted a *de novo* review of the entire record, including Petitioner's objections, and finding that the Magistrate Judge has correctly stated and applied the law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner Issaiah Hayes' Petition for Writ of *Habeas* Corpus pursuant to 28 U.S.C. § 2241 is **DENIED AND DISMISSED FOR LACK OF JURISDICTION**.

**MONROE, LOUISIANA,** this 25TH day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE